DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KIMBERLY DIPP,**
Appellant,

v.

**JOHNATHAN DISLA,**
Appellee.

No. 4D2025-2348

[March 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kristin R. Kanner, Judge; L.T. Case No. 062023DR004287AXXXCE.

Kimberly Dipp, Pompano Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and GERBER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***